**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **LIBERMAN MEDIA GROUP, LLC** | **CIVIL NO. 3:26-CV-01125-SCC** |
| **Plaintiff** | **BREACH OF CONTRACT** |
| **v.** | |
| **WINTER HORTON** | |
| **Defendant** | |

**RENEWED NOTICE SUBMITTING DECLARATION
IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY ACTION**

**TO THE HONORABLE COURT:**

Comes now Defendant and respectfully submits its Declaration in support of Motion to Compel Arbitration and Stay Action.

1. Unfortunately seems that the .pdf file has again failed to upload correctly unto the CM ECF.

2. We have prepared a new file, and it is attached hereto in substitution of Document 13, that has been identified as Defendants Declaration in Support of Motion to Compel Arbitration and Stay Action.

**WHEREFORE**, the undersigned respectfully requests that this Honorable Court and all parties take notice of the foregoing.

**RESPECTFULLY SUBMITTED**.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the attorneys of record.

In San Juan Puerto Rico, this 19th day of March 2026.

**VICENTE LAW, LLC**
P.O. Box 11609
San Juan, P.R. 00910-1609
Phone (787) 751-8000
*s/ Harold D. Vicente Colón*
**HAROLD D. VICENTE COLÓN**
USDC-PR 211805
E-Mail: *hdvc@vclawpr.com*